```
                                        FILED
                                CLERK, U.S. DISTRICT COURT

                                      MAR 13 2008

                                CENTRAL DISTRICT OF CALIFORNIA
                                BY                     DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE CARLTON SMITH,  )<br>  )<br>          Petitioner,  )<br>  )<br>     v.  )<br>  )<br>TOM FELKER, Warden,  )<br>  )<br>          Respondent.  )<br>_____) | NO. CV 08-565-JSL (E)<br><br><br><br>JUDGMENT |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: March 13, 2008.

_____
J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE